IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr146-MHT |
| | ) | (WO) |
| LEVI LARRY MADDOX | ) | |

OPINION AND ORDER

At sentencing on February 17, 2015, the court mistakenly said that defendant Levi Larry Maddox had been committed to the Bureau of Prisons for both a mental-competency evaluation and an evaluation as to whether he is in need of custody for care or treatment in a suitable facility in lieu of incarceration. Maddox was committed for the latter but not the former.

Nevertheless, as stated in open court and so as to assure that there is no ambiguity in the record, it is ORDERED that, based on the entire record in this case, there is no reasonable cause to believe that defendant Levi Larry Maddox is currently suffering from a mental disease or defect rendering him mentally incompetent to

the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, that is, defendant Maddox is, and has been since the initiation of these criminal proceedings, mentally competent to stand trial.

DONE, this the 19th day of February, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**