AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LEVI LARRY MADDOX | Case No.   2:14cr146-01-JDW   (WO) |
| | USM No.   11807-002 |
| | Russell T. Duraski |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   1 and 2 of the petition   filed on 2/17/2015 of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime. | 4/20/2015 |
| 2 | The defendant possessed a firearm. | 4/13/2015 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0231

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Hayneville, AL

May 17, 2016
Date of Imposition of Judgment

Signature of Judge

James D. Whittemore, U.S. District Judge
Name and Title of Judge

May 31, 2016
Date

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: LEVI LARRY MADDOX | Judgment — Page 2 of 2 |
| CASE NUMBER: 2:14cr146-01-JDW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 Months. The term of supervised release imposed on 2/17/2015 is hereby Revoked. Sentence to be served concurrently with the sentence imposed in 3:05cr226-JDW, 2:15cr233-JDW and 3:15cr400-JDW

☐   The court makes the following recommendations to the Bureau of Prisons:


X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐   before 2 p.m. on _____ .
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL